IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OMARU CAMARA, | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0615-WS-C |
| INS/ICE/DHS, et al., | : | |
| | : | |
| Respondents. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 5, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 11th day of January, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE