# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

OMARU CAMARA,                           :

    Petitioner,                         :

vs.                                     :       CA 06-0615-WS-C

INS/ICE/DHS,                            :
et al.,
                                        :
    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED WITHOUT PREJUDICE** as moot.

**DONE** and **ORDERED** this 11th day of January, 2007.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE